# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KENNETH LEON MCINTYRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-1365 |
| ) | Judge Trauger |
| CPL. (F/N/U) HALEN, *et al.*, ) | Magistrate Judge Brown |
| ) | |
| Defendants. ) | |

**O R D E R**

On May 29, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 26), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by the defendants (Docket No. 14) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. This Order constitutes the final judgment in this action, and any appeal from this Order will not be certified as taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

It is so **ORDERED.**

Enter this 23th day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge